UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RANELL JOSEPH                                     CIVIL ACTION

VERSUS                                              NO. 20-3357

WARDEN                                         SECTION "R" (1)

# **ORDER**

Plaintiff Ranell Joseph brings this action for a writ of habeas corpus under 28 U.S.C. § 2254.[1] On January 18, 2022, Magistrate Judge Janis van Meerveld issued a Report & Recommendation ("R&R"), recommending that plaintiff's petition for habeas relief be dismissed with prejudice as untimely.[2]

No party objected to the R&R. Therefore, the Court reviews the R&R for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

---

[1] R. Doc. 1.
[2] R. Doc. 20.

Accordingly, the Court adopts Magistrate Judge van Meerveld's R&R as its opinion. Plaintiff's petition for a writ of habeas corpus[3] is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __14th__ day of February, 2022.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[3] R. Doc. 1.